**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed October 10, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00716-CR

---

### IN RE JONATHON DYER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1686141**

---

## MEMORANDUM OPINION

On Thursday, September 26, 2024, relator Jonathon Dyer filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator seeks a reduction of bond.

Relator is requesting habeas corpus relief. The courts of appeals have no original habeas-corpus jurisdiction in criminal matters. *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding.) *See* Tex. Gov't

Code Ann. § 22.221(d); *Dodson v. State,* 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.); *Ex Parte Denby,* 627 S.W.2d 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. *Ayers*, 515 S.W.3d at 356; *see* Tex. Code Crim. Proc. Ann. art. 11.05 (West 2015); *Ex Parte Hawkins,* 885 S.W.2d 586, 588 (Tex. App.—El Paso 1994, orig. proceeding). Therefore, this court is without jurisdiction to consider relator's petition requesting habeas corpus relief. *See Ayers*, 515 S.W.3d at 356-57.

Accordingly, we dismiss relator's petition for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).